

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2019

No. 04-19-00351-CV

**IN RE** Michael **COATS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

On June 19, 2019, this court issued an opinion denying relator's petition for writ of mandamus. On June 28, 2019, relator filed a motion for rehearing. After considering the motion, relator's motion is hereby DENIED.

It is so **ORDERED** on July 8, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8 day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI16108, styled *Michael Coats v. San Antonio Independent School Dist. and Krista Hays, Official Capacity*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.